# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 02-80056-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
     **Plaintiff,**

v.

**JEREMY M. CARTER,**
     **Defendant.**

----------------------------------------/

## ORDER ADOPTING MAGISTRATE JUDGE VITUNAC'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT' S MOTION FOR AN INJUNCTION REGARDING THE RETURN OF PROPERTY

**THIS CAUSE** is before the court upon the defendant's *pro se* motion for an injunction regarding the return of property [DE 144], filed March 11, 2010, and the Government's response thereto filed March 25, 2010, [DE 146]. This matter was previously referred to United States Magistrate Judge Ann E. Vitunac pursuant to a general order of reference of all pretrial motions.

On April 7, 2010, Magistrate Judge Vitunac filed a Report and Recommendation [DE 147] upon the motion for an injunction regarding the return of personal property. Neither party has filed objection to the Report.

Upon consideration of the Report and Recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, the court finds the resolution of the issues as recommended by Magistrate Judge Vitunac to be sound and well-reasoned and accordingly will adopt the recommendation here. It is therefore **ORDERED** and **ADJUDGED**:

1. Magistrate Judge Vitunac's April 7, 2010, [DE 147], Report and Recommendation upon defendant's motion for an injunction regarding the return of personal property is **ADOPTED** and **INCORPORATED** in full.

2. The defendant's *pro se* motion for an injunction regarding the return of personal property

[DE 144] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __20__ day of

April, 2010.

**copy furnished:**
U.S. Magistrate Judge Ann Vitunac
AUSA Kerry S. Baron
Mr. Jeremy M. Carter, *pro se*

Daniel T. K. Hurley
United States District Judge